UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

STEVEN SMITH, )
)
Plaintiff, )
)
v. ) **JUDGMENT**
)
) No. 5:06-CV-219-FL
)
MICHAEL J. ASTRUE, )
Commissioner of Social Security, )
)
Defendant. )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, Chief United States District Judge, upon request by defendant for entry of final judgment.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered July 1, 2010, that the Administrative Law Judge rendered a favorable decision to plaintiff on March 8, 2007, and final judgment is rendered in favor of plaintiff in the instant action.

**This Judgment Filed and Entered on July 1, 2010, and Copies To:**

Sarah Hatcher Bradshaw (via CM/ECF Notice of Electronic Filing)
Eileen A. Farmer (via CM/ECF Notice of Electronic Filing)

July 1, 2010                      DENNIS P. IAVARONE, CLERK
                                   /s/ Christa N. Baker
                                  (By) Christa N. Baker, Deputy Clerk